JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| HANH LE,<br><br>      Plaintiff(s),<br><br>v<br><br>ANTHONY DUONG DONNER, ET AL,<br><br>      Defendant(s) | CASE NO. SA CV 14-0437-DOC (JCGx)<br><br>**ORDER DISMISSING CIVIL CASE** |

    The Court having been advised by counsel for the parties that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is dismissed without prejudice with the right, upon good cause shown by **April 27, 2015**, to reopen this action if settlement is not consummated.

    IT IS SO ORDERED.

*/s/ David O. Carter*
_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

Dated: March 11, 2015